Employ Oct. 7, 2011 5:05PM  Pay Date 09/30/2011 | Gross Pay 2,280.04 | 826.37- | No. 3252 | P. 3 Pay 1,453.67

### EARNINGS

| | RATE | NUMBER | CURRENT | YTD |
|---|---|---|---|---|
| Regular Hours | 25.742 | 6.00 | 154.45 | 24,982.63 |
| Overtime 1.5x | | | | 260.64 |
| Holiday Pay | | | | 1,235.64 |
| Lineup | 38.613 | 0.25 | 9.65 | 1,361.10 |
| Lineup Subtract | | | | 135.14- |
| Shift Diff | 0.850 | 6.00 | 5.10 | 874.02 |
| Shift Diff OT | | | | 103.60 |
| Vacation | | | | 3,018.29 |
| Sick | 25.742 | 82.00 | 2,110.84 | 5,251.36 |
| Personal Leave | | | | 823.76 |
| Comp Time Taken | | | | 3,397.96 |
| Summer Comp Taken | | | | 411.88 |
| Holiday Comp Taken | | | | 1,969.26 |
| Insufficient Quota | | | | 0.00 |
| Uniform Allowance | | | | 750.00 |

### DEDUCTIONS

| | CURRENT | YTD |
|---|---|---|
| Federal Withholding Tax | 265.65- | 5,119.85- |
| State Withholding Tax | 116.21- | 2,235.96- |
| Social Security Tax | 95.59- | 1,857.86- |
| Medicare Tax | 33.01- | 641.41- |
| Deferred Comp 457b | 50.00- | 1,000.00- |
| GHI Dental Employee | 3.92- | 70.14- |
| Sellers Accident & Health | 13.15- | 253.00- |
| Sellers/Reliastar | 38.02- | 760.40- |
| CSEA Dues | 25.82- | 516.40- |
| NYSR Retirement Loan | 185.00- | 3,699.00- |

| OTHER EARNINGS | CUR | YTD | NET PAYMENTS | | | MESSAGES |
|---|---|---|---|---|---|---|
| | | | Payment | | 500.00 | Erie County Parks is now selling 2011's season of Pure Maple Syrup. Prices are $10/pint, $18/quart and $52/gallon and can be purchased in the Parks Dept., 12th Floor of the Rath Bldg. |
| | | | Payment | | 953.67 | |

Erie County has instituted a hot-line phone number for all county employees to utilize in order to report Workers' Compensation fraud and abuse. We are encouraging our conscientious employees to call into our hot-line at 858-7777 if they see or know of someone abusing this benefit.

Effective with the 10/14/2011 paycheck, the direct deposit remuneration statement will no longer be printed for most employees that utilize ESS (Employee Self Service). These employees can view and print their own statement using ESS if needed.

### LEAVE ACCRUALS

| | BFG BALANCE | USED | ACCRUED | END BALANCE |
|---|---|---|---|---|
| Vacation | 8.76 | 0.00 | 6.16 | 14.92 |
| Sick | 148.24 | 82.00 | 4.62 | 70.86 |
| Personal Leave | 16.00 | 0.00 | 0.00 | 16.00 |
| Comp Time | 3.77 | 0.00 | 0.00 | 3.77 |
| Summer Comp | 8.00 | 0.00 | 0.00 | 8.00 |
| Holiday Comp | 12.01 | 0.00 | 0.00 | 12.01 |
| Meal Days | 0.00 | 0.00 | 0.00 | 0.00 |

## DIRECT DEPOSIT

# County of Erie

DATE 09/30/2011

Fleet Bank - 500.00
Fleet Bank   953.67

Total Bank Transfer   1453.67

Marc D Priore
58 Chamerlin Drive - Lower
West Seneca NY 14210



**NON-NEGOTIABLE**

```
Employee Name          | Personnel No | Pay Period Dates          | Pay Date    | Gross Pay | Deductions | Net Pay
Marc D Priore          |              | 08/27/2011 - 09/09/2011   | 09/16/2011  | 2,168.29  | 792.79-    | 1,375.50
```

```
                          EARNINGS                                                                DEDUCTIONS

                   | RATE    | NUMBER | CURRENT  | YTD                                                  | CURRENT  | YTD
Regular Hours      | 25.742  | 40.00  | 1,029.68 | 24,828.18   Federal Withholding Tax                   | 249.47-  | 4,854.20-
Overtime 1.5x      |         |        |          |    260.64   State Withholding Tax                     | 108.82-  | 2,119.75-
Holiday Pay        | 25.742  |  8.00  |   205.94 |  1,235.64   Social Security Tax                      |  91.07-  | 1,762.27-
Lineup             | 38.613  |  1.50  |    57.92 |  1,351.45   Medicare Tax                             |  31.44-  |   608.40-
Lineup Subtract    |         |        |          |    135.14-  Deferred Comp 457b                       |  50.00-  |   950.00-
Shift Diff         |  0.850  | 48.00  |    40.80 |    868.92   GHI Dental Employee                      |          |    66.22-
Shift Diff OT      |  1.275  |  8.00  |    10.20 |    103.60   Sellers Accident & Health                |  13.15-  |   249.85-
Vacation           | 25.742  |  8.00  |   205.94 |  3,018.29   Sellers/Reliastar                        |  38.02-  |   722.38-
Sick               |         |        |          |  3,140.52   CSEA Dues                                |  25.82-  |   490.58-
Personal Leave     |         |        |          |    823.76   NYSR Retirement Loan                     | 185.00-  | 2,510.00-
Comp Time Taken    | 25.742  | 16.00  |   411.87 |  3,397.96
Summer Comp Taken  | 25.742  |  8.00  |   205.94 |    411.88
Holiday Comp Taken |         |        |          |  1,969.26
Insufficient Quota |         |        |          |      0.00
Uniform Allowance  |         |        |          |    750.00
```

```
OTHER EARNINGS | CUR | YTD | NET PAYMENTS                                    MESSAGES

                             Payment                       500.00   September is Library Card Sign-up Month.
                             Payment                       875.50   Visit your nearby Buffalo & Erie County
                                                                    Public Library to get a card. It's free and
                                                                    all library services are free including
                                                                    book, DVD, CD, e-book borrowing, music
                                                                    downloads, employment and business reference
                                                                    assistance. For details: www.buffalolib.org
                                                                    ------------------------------------------------
                                                                    Erie County Parks is now selling 2011's
                       LEAVE ACCRUALS                               season of Pure Maple Syrup. Prices are $10/
                                                                    pint, $18/quart and $52/gallon and can be
               | BEG BALANCE | USED   | ACCRUED | END BALANCE       purchased in the Parks Dept., 12th Floor
                                                                    of the Rath Bldg.
Vacation       |    10.60    |  8.00  |  6.16   |    8.76           ------------------------------------------------
Sick           |   143.62    |  0.00  |  4.62   |  148.24           Erie County has instituted a hot-line phone
Personal Leave |    16.00    |  0.00  |  0.00   |   16.00           number for all county employees to utilize
Comp Time      |     7.02    | 16.00  | 12.75   |    3.77           in order to report Workers' Compensation
Summer Comp    |     8.00    |  8.00  |  8.00   |    8.00           fraud and abuse. We are encouraging our
Holiday Comp   |     0.01    |  0.00  | 12.00   |   12.01           conscientious employees to call into our
Meal Days      |     0.00    |  0.00  |  0.00   |    0.00           hot-line at 858-7777 if they see or know
                                                                    of someone abusing this benefit.
```

## DIRECT DEPOSIT

# County of Erie

DATE 09/16/2011

Fleet Bank                                          500.00
Fleet Bank                                          875.50

Total Bank Transfer                                1375.50

Marc D Priore
58 Chamerlin Drive - Lower
West Seneca NY  14210



**NON-NEGOTIABLE**

| Empl | | | | | Pay Date | Gross Pay | Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Marc D Priore | | | 08/13/2011 - 08/26/2011 | | 09/02/2011 | 2,168.29 | 795.63- | 1,372.66 |

| EARNINGS | | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| | RATE | NUMBER | CURRENT | YTD | | CURRENT | YTD |
| Regular Hours | 25.742 | 48.00 | 1,235.62 | 23,798.50 | Federal Withholding Tax | 249.69- | 4,604.73- |
| Overtime 1.5x | | | | 260.84 | State Withholding Tax | 108.55- | 2,010.93- |
| Holiday Pay | | | | 1,029.70 | Social Security Tax | 90.90- | 1,671.20- |
| Lineup | 38.613 | 1.50 | 57.92 | 1,293.53 | Medicare Tax | 31.38- | 576.95- |
| Lineup Subtract | | | | 135.14- | Deferred Comp 457b | 50.00- | 900.00- |
| Shift Diff | 0.850 | 48.00 | 40.80 | 828.12 | GHI Dental Employee | 3.92- | 66.32- |
| Shift Diff OT | 1.275 | 8.00 | 10.20 | 93.40 | Sellers Accident & Health | 13.15- | 236.70- |
| Vacation | 25.742 | 8.00 | 205.94 | 2,812.35 | Sellers/Reliastar | 38.02- | 684.36- |
| Sick | | | | 3,140.52 | CSEA Dues | 25.62- | 464.76- |
| Personal Leave | | | | 823.75 | NYSR Retirement Loan | 185.00- | 2,325.00- |
| Comp Time Taken | 25.742 | 16.00 | 411.87 | 2,986.09 | | | |
| Summer Comp Taken | 25.742 | 8.00 | 205.94 | 205.94 | | | |
| Holiday Comp Taken | | | | 1,969.26 | | | |
| Insufficient Quota | | | | 0.00 | | | |
| Uniform Allowance | | | | 750.00 | | | |

| OTHER EARNINGS | CUR | YTD | NET PAYMENTS | | | MESSAGES |
|---|---|---|---|---|---|---|
| | | | Payment | | 500.00 | September is Library Card Sign-up Month. Visit your nearby Buffalo & Erie County Public Library to get a card. It's free and all library services are free including book, DVD, CD, e-book borrowing, music downloads, employment and business reference assistance. For details: www.buffalolib.org |
| | | | Payment | | 872.66 | Welcome to Fall! Raffle & Money Tree Friday, Sept. 16th, 10am - 2pm. Rath Lobby Drawing to take place at 2:15pm Proceeds go to the 2011/2012 United Way Campaign. Come early - complementary cider and donuts while they last!!! |

| LEAVE ACCRUALS | | | | | Erie County Parks is now selling 2011's season of Pure Maple Syrup. Prices are $10/pint, $18/quart, $28/half-gallon, and $52/gallon and can be purchased in the Parks Dept., 12th Floor of the Rath Bldg. |
|---|---|---|---|---|---|
| | BEG BALANCE | USED | ACCRUED | END BALANCE | |
| Vacation | 12.44 | 8.00 | 6.16 | 10.60 | |
| Sick | 139.00 | 0.00 | 4.62 | 143.62 | |
| Personal Leave | 16.00 | 0.00 | 0.00 | 16.00 | |
| Comp Time | 8.02 | 16.00 | 15.00 | 7.02 | |
| Summer Comp | 8.00 | 8.00 | 8.00 | 8.00 | |
| Holiday Comp | 0.01 | 0.00 | 0.00 | 0.01 | |
| Meal Days | 0.00 | 0.00 | 0.00 | 0.00 | |

## DIRECT DEPOSIT

## County of Erie

DATE 09/02/2011

Fleet Bank    -           500.00
Fleet Bank    ·)          872.66

Total Bank Transfer            1372.66

Marc D Priore
365 Potters Road - Lower
West Seneca NY  14220



**NON-NEGOTIABLE**

| Employee Name | Personnel No | Pay Period Dates | Pay Date | Gross Pay | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Marc D Priore | | 07/30/2011 - 08/12/2011 | 08/19/2011 | 1,968.59 | 740.72- | 1,227.87 |

| EARNINGS | | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| | RATE | NUMBER | CURRENT | YTD | | CURRENT | YTD |
| Regular Hours | 25.742 | 56.00 | 1,441.55 | 22,562.88 | Federal Withholding Tax | 218.93- | 4,355.84- |
| Overtime 1.5x | | | | 260.64 | State Withholding Tax | 94.87- | 1,902.38- |
| Holiday Pay | | | | 1,029.70 | Social Security Tax | 82.52- | 1,580.30- |
| Lineup | 38.613 | 1.75 | 67.57 | 1,235.61 | Medicare Tax | 28.49- | 545.58- |
| Lineup Subtract | | | | 135.14- | Deferred Comp 457b | 50.00- | 850.00- |
| Shift Diff | 0.850 | 56.00 | 47.60 | 787.32 | GHI Dental Employee | 3.92- | 62.30- |
| Shift Diff OT | | | | 83.20 | Sellers Accident & Health | 13.15- | 223.55- |
| Vacation | | | | 2,606.41 | Sellers/Reliastar | 38.02- | 646.34- |
| Sick | 25.742 | 16.00 | 411.87 | 3,140.52 | CSEA Dues | 25.82- | 438.94- |
| Personal Leave | | | | 823.76 | NYSR Retirement Loan | 185.00- | 2,140.00- |
| Comp Time Taken | | | | 2,574.22 | | | |
| Holiday Comp Taken | | | | 1,969.26 | | | |
| Insufficient Quota | | | | 0.00 | | | |
| Uniform Allowance | | | | 750.00 | | | |

| OTHER EARNINGS | CUR | YTD | NET PAYMENTS | | | MESSAGES |
|---|---|---|---|---|---|---|
| | | | Payment | | 500.00 | Huge Used Book Sale, |
| | | | Payment | | 727.87 | Downtown Central Library, |

1 Lafayette Square.
Prices start at .25 cents.
Thurs., Aug 18 from 11:30a.m. - 7 p.m.
Fri., Aug. 19 from 11:30a.m. - 4 p.m.
Sat., Aug. 20 from 10 a.m. - 3p.m.

Erie County has instituted a hot-line phone number for all county employees to utilize in order to report Workers' Compensation fraud and abuse. We are encouraging our conscientious employees to call into our hot-line at 858-7777 if they see or know of someone abusing this benefit.

Erie County Parks is now selling 2011's season of Pure Maple Syrup. Prices are $10/pint, $18/quart, $28/half-gallon, and $52/gallon and can be purchased in the Parks Dept., 12th Floor of the Rath Bldg.

| LEAVE ACCRUALS | | | | |
|---|---|---|---|---|
| | BEG BALANCE | USED | ACCRUED | END BALANCE |
| Vacation | 6.28 | 0.00 | 6.16 | 12.44 |
| Sick | 150.38 | 16.00 | 4.62 | 139.00 |
| Personal Leave | 16.00 | 0.00 | 0.00 | 16.00 |
| Comp Time | 6.52 | 0.00 | 1.50 | 8.02 |
| Summer Comp | 8.00 | 0.00 | 0.00 | 8.00 |
| Holiday Comp | 0.01 | 0.00 | 0.00 | 0.01 |
| Meal Days | 0.00 | 0.00 | 0.00 | 0.00 |

| Employee Name | Personnel No | Pay Period Dates | | Pay Date | Gross Pay | Deductions | Net Pay |
|---|---|---|---|---|---|---|---|
| Marc D Priore | | 07/16/2011 | 07/29/2011 | 08/05/2011 | 2,383.55 | 854.84- | 1,528.71 |

## EARNINGS

| | RATE | NUMBER | CURRENT | YTD |
|---|---|---|---|---|
| Regular Hours | 25.742 | 48.00 | 1,235.62 | 21,121.33 |
| Overtime 1.5x | | | | 260.64 |
| Holiday Pay | | | | 1,029.70 |
| Lineup | 77.226 | 2.00 | 77.22 | 1,168.04 |
| Lineup Subtract | 38.613 | 0.25- | 9.65- | 135.14- |
| Shift Diff | 0.850 | 48.00 | 40.80 | 739.72 |
| Shift Diff OT | 1.275 | 7.75 | 9.88 | 83.20 |
| Vacation | 25.742 | 7.00 | 180.19 | 2,606.41 |
| Sick | 25.742 | 8.00 | 205.94 | 2,728.65 |
| Personal Leave | 25.742 | 8.00 | 205.94 | 823.76 |
| Comp Time Taken | 25.742 | 17.00 | 437.61 | 2,574.22 |
| Holiday Comp Taken | | | | 1,969.26 |
| Insufficient Quota | | | | 0.00 |
| Uniform Allowance | | | | 750.00 |

## DEDUCTIONS

| | CURRENT | YTD |
|---|---|---|
| Federal Withholding Tax | 281.18- | 4,136.91- |
| State Withholding Tax | 123.30- | 1,807.51- |
| Social Security Tax | 99.95- | 1,497.78- |
| Medicare Tax | 34.50- | 517.09- |
| Deferred Comp 457b | 50.00- | 800.00- |
| GHI Dental Employee | 3.92- | 58.38- |
| Sellers Accident & Health | 13.15- | 210.40- |
| Sellers/Reliastar | 38.02- | 608.32- |
| CSEA Dues | 25.82- | 413.12- |
| NYSR Retirement Loan | 185.00- | 1,955.00- |

| OTHER EARNINGS | CUR | YTD | NET PAYMENTS | | |
|---|---|---|---|---|---|
| | | | Payment | | 500.00 |
| | | | Payment | | 1,028.71 |

### MESSAGES

Summer Reading is sizzling hot at the Bflo & Erie Co. Public Libraries. Read & win prizes like a NOOK. Visit www.buffalolib.org or your local library for details.

Erie County has instituted a hot-line phone number for all county employees to utilize in order to report Workers' Compensation fraud and abuse. We are encouraging our conscientious employees to call into our hot-line at 858-7777 if they see or know of someone abusing this benefit.

Erie County Parks is now selling 2011's season of Pure Maple Syrup. Prices are $10/pint, $18/quart, $28/half-gallon, and $52/gallon and can be purchased in the Parks Dept., 12th Floor of the Rath Bldg.

## LEAVE ACCRUALS

| | BEG BALANCE | USED | ACCRUED | END BALANCE |
|---|---|---|---|---|
| Vacation | 7.12 | 7.00 | 6.16 | 6.28 |
| Sick | 153.76 | 8.00 | 4.62 | 150.38 |
| Personal Leave | 24.00 | 8.00 | 0.00 | 16.00 |
| Comp Time | 11.89 | 17.00 | 11.63 | 6.52 |
| Summer Comp | 0.00 | 0.00 | 8.00 | 8.00 |
| Holiday Comp | 0.01 | 0.00 | 0.00 | 0.01 |
| Meal Days | 0.00 | 0.00 | | 0.00 |